IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos.: 1:18-CR-00214-001 LJO |
|---|---|
| Plaintiff, | 1:18-CR-00238-001 LJO |
| v. | ORDER OF RELEASE |
| BRIAN MENDEZ, | |
| Defendant. | |

The above-named defendant having been sentenced on April 15, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __April 15, 2019__          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE