1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,        )     Case No: 1:18-CR-00214-1 NONE
                                       )
12              Plaintiff,             )     ORDER APPOINTING COUNSEL
                                       )
13         vs.                         )
                                       )
14    BRIAN MENDEZ,                    )
                                       )
15              Defendant.             )
                                       )
16

17         The defendant has attested to his financial inability to employ counsel and wishes the

18    Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

19    Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court ORDERS:

20         1.     Alekxia L. Torres is APPOINTED to represent the above defendant in this case

21
22    effective nunc pro tunc to January 22, 2021. This appointment shall remain in effect until further

23    order of this court.

24

25    IT IS SO ORDERED.

26      Dated:    **January 26, 2021**            **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
27

28